No. 5,499.—MARY FLYNN ET AL., APPELLANTS, *v.* GEORGIA MATHEWS, COUNTY TREASURER, RESPONDENT.

*Appeal from District Court, Beaverhead County; Jos. C. Smith, Judge.*

Decided April 10, 1924.

PER CURIAM.—The motion of appellants to dismiss the appeal herein is sustained and the appeal dismissed.

*Messrs. Walsh, Nolan & Scallon,* for Appellants.

---

No. 5,370.—STATE EX REL. ARTHUR C. ERICKSON, APPELLANT, *v.* D. J. OLSON, COUNTY TREASURER, RESPONDENT.

*Appeal from District Court, Sheridan County.*

Decided April 22, 1924.

PER CURIAM.—Respondent's motion to dismiss the appeal herein for the reason that appellant has failed to file a brief as required by the rules of this court, is granted and the appeal is ordered dismissed.

*Messrs. Onstad & Greer,* for Respondent.